IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER FINANCE C.D. INC.** : | **CIVIL ACTION** |
|     **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | |
| **ARKADY SIROTOVSKY, ET AL.,** : | **NO. 02-CV-4977** |
|     **Defendant.** : | |

## ORDER

**AND NOW**, this         day of **July, 2002**, upon consideration of Plaintiff's Motion for a Temporary Restraining Order and having held a conference with counsel for the parties on July 22, 2002, it is hereby **ORDERED** that:

1. By agreement of the parties, Plaintiff's Motion for a Temporary Restraining Order is **GRANTED** as set forth below.

2. Defendants Arkady Sirotovsky, Natalia Sirotovsky, Mikhailo Fityak, Larissa Fityak, Adolf Gavrilov, and Lyudmila Andriavnova, and any of their agents, employees, attorneys, and all persons in active concert and participation with them be and hereby are restrained from removing, transferring, withdrawing, drawing upon, pledging or in any way alienating any funds or deposits of any kind held at Penn Financial Group, Citibank and/or any other financial or banking institution, except upon request of Defendant's counsel of record in this matter, any such requests not to exceed a total amount of twenty thousand dollars ($20,000.00).

3. Any assets or money of Arkady Sirotovsky, Natalia Sirotovsky, Mikhailo Fityak, Larissa Fityak, Adolf Gavrilov, and Lyudmila Andriavnova held or possessed by

      Kogan & Company, Inc., Penn Financial Group, Inc., and Citibank shall continue to be held by such persons, with the exception of trading activities and charges for fees and expenses against such assets in the regular course of business, and may not be transferred, converted, disbursed or alienated without Court approval.

4.    Plaintiff shall make Service of this Order upon Kogan & Company, Inc., Penn Financial Group, Inc., and Citibank.

5.    Defendants shall have until **October 4, 2002** to conduct discovery in this matter.

6.    A hearing in this matter is scheduled to commence on **Tuesday, October 15, 2002** at **9:30 a.m.** in Courtroom 5C.

7.    Unless otherwise ordered by the Court, the terms of Paragraphs Two and Three of this Order shall expire at the conclusion of the hearing scheduled to commence on October 15, 2002.

                                            **BY THE COURT:**

                                            **Berle M. Schiller, J.**