IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER FINANCE C.D. INC.** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **ARKADY SIROTOVSKY, ET AL.,** | : | **NO. 02-CV-4977** |
| Defendants. | : | |

## ORDER

**AND NOW**, this        day of **July, 2002**, it is hereby **ORDERED** that:

Paragraph 5 of the Court's Order of July 23, 2002, is **AMENDED** to read as follows: "The parties shall have until October 4, 2002 to conduct discovery in this matter."

BY THE COURT:

_____
**Berle M. Schiller, J.**