UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
                                    :
ALEXANDER FINANCE C.D. INC.         :
                                    :
                    Plaintiff,      :       CIVIL ACTION
                                    :
        v.                          :
                                    :       NO. 02-CV-4977
ARKADY SIROTOVSKY; NATALIE          :
SIROTOVSKY; MYKHAILO FITYAK;        :
LARISSA FITYAK; ADOLF GAVRILOV;     :
and LYUDMILA ANDRIANOVA             :
                                    :
                    Defendants.     :
_____ :

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

   Kindly enter our appearances as counsel for all Defendants in the above captioned case.

                                            **MATTIONI, LTD**.


DATE: July 31, 2002                 BY: _____
                                            DANTE MATTIONI, ESQUIRE
                                            PAUL A. KETTUNEN, ESQUIRE
                                            STACEY M. ZAVALAS, ESQUIRE
                                            399 Market Street, Second Floor
                                            Philadelphia, PA 19106
                                            (215)629-1600

## CERTIFICATE OF SERVICE

  I, PAUL A. KETTUNEN, Esquire, attorney for Defendants, hereby certify that a true and correct copy of the Entry of Appearance was forwarded via U.S. First Class Mail on July 31, 2002, on the following attorneys:

| | |
|---|---|
| Bruce S. Marks, Esquire | A. Charles Peruto, Esquire |
| Gene M. Burd, Esquire | Washington West Building |
| Thomas Sullivan, Esquire | 235 South 8th Street |
| Marks & Sokolov, LLC | Philadelphia, PA 19106 |
| 1835 Market Street, 28th Floor | |
| Philadelphia, PA 19103 | |

_____
PAUL A. KETTUNEN, ESQUIRE