**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALEXANDER FINANCE C.D. INC.** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ARKADY SIROTOVSKY, ET AL.,** | : | **NO. 02-CV-4977** |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this          day of September, 2002, following a telephone conference with counsel for the parties, it is hereby **ORDERED** that:

1.  Defendants shall file an answer to Plaintiff's complaint by **September 23, 2002.**

2.  Defendants shall take the deposition of Andrew Charoff on **September 26, 2002** and Eugene Uritsky on **September 27, 2002.**  Both depositions shall take place at the Philadelphia office of Defendants' counsel.

3.  Plaintiffs shall take the depositions of Defendants Lyudmila Andrianova, Larissa Fityak, Mikhailo Fityak, and Adolf Gavrilov as soon as practicable, and no later than **October 18, 2002**, in Moscow.  Plaintiff's counsel shall arrange for the purchase of airline tickets to Moscow for Defendants Lyudmila Andrianova, Larissa Fityak, and Mikhailo Fityak.  Plaintiffs shall take the depositions of Defendants Arkady Sirotovsky and Natalie Sirotovsky no later than one week after the completion of the depositions in Moscow.

4.  Defendants shall produce all documents responsive to Plaintiff's request for documents by **September 30, 2002**.

5.    Defendants' Motion for Protective Order (Document No. 19) is **DENIED** as moot.

**BY THE COURT:**

_____

**Berle M. Schiller, J.**