IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER FINANCE C.D. INC.** : | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **ARKADY SIROTOVSKY, ET AL.,** | : | NO. 02-CV-4977 |
| **Defendant.** | : | |

### ORDER

**AND NOW**, this       day of September, 2002, following a telephone conference with counsel for the parties held on the record on September 12, 2002, it is hereby **ORDERED** that:

The Third Paragraph of the Court's Order of September 10, 2002 is amended as follows:

1. Plaintiffs shall take the depositions of Defendants Lyudmila Andrianova, Larissa Fityak, Mikhailo Fityak, and Adolf Gavrilov in Kiev.

2. Counsel for the parties will agree on the location in Kiev where the depositions will occur.

3. Defendants will pay their own transportation costs in appearing for the depositions.

4. Each deposition will be limited to eight hours in length, with Mr. Mattioni or an associate or both having two hours for direct examination, and Mr. Marks or Mr. Peruto or both having six hours for cross-examination.

5. Transcriptions of these depositions shall be used only for the purposes of civil litigation pending in the United States.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**