IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER FINANCE C.D. INC.** | : | **CIVIL ACTION** |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ARKADY SIROTOVSKY, ET AL.,** | : | **NO. 02-CV-4977** |
|     **Defendants.** | : | |

### ORDER

**AND NOW**, this _____ day of September, 2002, it is hereby **ORDERED** that:

The preliminary injunction hearing scheduled for October 15, 2002 is **CANCELLED**. The hearing will be rescheduled for a date to be determined by the Court.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**