IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER FINANCE C.D. INC.,** : | **CIVIL ACTION** |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **ARKADY SIROTOVSKY, ET AL.,** : | **NO. 02-CV-4977** |
| Defendant. : | |

### ORDER

**AND NOW**, this _____ day of **October, 2002**, following a telephone conference with counsel for the parties, it is hereby **ORDERED** that:

1. By agreement of counsel, the pleading styled as "Answer of Defendants Arkady and Natasha Sirotvsky to Plaintiff's Complaint" (Document No. 33) is be deemed to be the of Answer of Defendants Arkady Sirotovsky, Natasha Sirotovsky, Mykhailo Fityak, Larissa Fityak, Adolf Gavrilov, and Lyudmila Andrianova to Plaintiff's Complaint.

2. By **October 8, 2002**, each party shall file with the Court a memorandum of law addressing whether the Court may order Defendants to produce certain bank records requested by Plaintiff and enter judgment against Defendants if such records are not produced. Responses to the parties' memoranda of law shall be filed by **October 15, 2002**.

BY THE COURT:

_____
**Berle M. Schiller, J.**