IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER FINANCE C.D. INC. | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 02-CV-4977 |
| | : | |
| ARKADY SIROTOVSKY, ET AL. | : | |

**ORDER**

**AND NOW,** this _____ day of October, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[] - Order staying these proceedings pending disposition of a related action.

[] - Order staying these proceedings pending determination of arbitration proceedings.

[] - Interlocutory appeal filed

[x] - Other: By agreement of the parties

it is **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
Berle M. Schiller , J.

Civ. 13 (8/80)