IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEXANDER FINANCE C.D., INC.,** : | | **CIVIL ACTION** |
| Plaintiff, : | | |
| : | | |
| **v.** : | | |
| : | | |
| **ARKADY SIROTOVSKY, et al.,** : | | **NO. 02-CV-4977** |
| Defendants. : | | |

## ORDER

AND NOW, this        day of **December, 2002**, it is hereby **ORDERED** that:

Counterclaim Defendants Michael Kogan and Kogan & Company, Inc. shall have until **December 31, 2002** to show cause why they should not be held in contempt for failure to comply with the Court's Order of September 27, 2002.

BY THE COURT:

_____
**Berle M. Schiller, J.**