IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARKADY SIROTOVSKY, NATALIA SIROTOVSKY, MYKHAILO FITIAK, LARISSA FITIAK, ADOLF GAVRILOV, LYUDMILA ANDRIANOVA<br>(counterclaim plaintiff)<br><br>v.<br><br>ALEXANDER FINANCE C.D., INC.; ANDREW CHAROFF; EUGENE URITSKY; GENE BURD; ALEXANDER HOLDINGS, LLC; COMMERCE WAY, INC.; MICHAEL KOGAN; KOGAN & COMPANY, INC.; PENN FINANCIAL GROUP, INC.<br>(counterclaim defendant) | CIVIL ACTION NO. 02-4977 |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance in this action on behalf of Defendants, Michael Kogan and Kogan & Company, Inc.

BLANK ROME LLP

_____
NICHOLAS C. HARBIST
Identification # 35210
1 Logan Square
Philadelphia, PA  19103
(215) 569-5500

110363.00602/30223746v1