## CERTIFICATE OF SERVICE

I, PAUL A. KETTUNEN, ESQUIRE, hereby certify that a true and correct copy of Memorandum of Defendants/Counter Claimants in Opposition to Motion to Intervene was forwarded via U.S. First Class Mail, on October 27, 2003, to the following:

Harvey A. Sernovitz, Esquire
Law Offices of Harvey A. Sernovitz, P.C.
Lewis Tower Building
225 South 15th Street, Suite 703
Philadelphia, PA 19102

A. Charles Peruto, Esquire
Washington West Building
235 South 8th Street
Philadelphia, PA 19106

Nicholas Carl Harbist, Esquire
BLANK ROME COMISKY & McCAULEY, LLP
One Logan Square
Philadelphia, PA 19103

Steven Pachman, Esquire
Richard L. Scheff, Esquire
MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
123 S. Broad Street, 28th Floor
Philadelphia, PA 19109

                                                                  PAUL A. KETTUNEN, ESQUIRE