UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**
JUDGE

5614 United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania 19106

267-299-7620

November 3, 2003

## NOTICE OF STATUS CONFERENCE

Re:   *Alexander Finance C.D. Inc. V. Sirotovsky, et al.*
      **Docket No. 02-CV-4977**

Dear Counsel:

Please be advised that a **Status Conference** in the above matter has been ordered by the Honorable Berle M. Schiller in his Chambers, **Room 5614** for **Thursday, November 6, 2003 at 9:30 A.M.**

If you are unable to attend, someone from your office as familiar as possible with this case should attend.

Very truly yours,

Patricia A. Callahan
(267) 299-7621
Deputy Clerk to
Hon. Berle M. Schiller