UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**
JUDGE

5614 United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania 19106

267-299-7620

June 9, 2004

### NOTICE OF STATUS CONFERENCE

**Re:**   *Alexander Finance C.D., Inc. V. Arkady Sirotovsky, et al.*
**Docket No. 02-CV-4977**

Dear Counsel:

Please be advised that a **Status Conference** in the above matter has been scheduled by the Honorable Berle M. Schiller in his Chambers, **Room 5614** for **Friday, June 18, 2004 at 10:00 A.M.**

This conference will be continued only in extreme circumstances. If you are unable to attend, someone from your office as familiar as possible with this case should attend.

Very truly yours,

Patricia A. Callahan
(267) 299-7621
Deputy Clerk to
Hon. Berle M. Schiller