IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER FINANCE C.D., INC.<br>　　　Plaintiff, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| ARKADY SIROTOVSKY, et.al.,<br>　　　Defendants and Third-Party<br>　　　Plaintiffs, | : <br> : <br> : <br> : | No. O2 CV 4977 |
| v. | : <br> : | JURY TRIAL DEMANDED |
| PENN FINANCIAL GROUP, INC. et.al.<br>　　　Third-Party Defendants. | : <br> : | |

**THIRD-PARTY DEFENDANT GENE BURD'S MOTION TO DISMISS
THE COUNTERCLAIM AS AGAINST HIM
OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT**

　　Third-Party Defendant GENE BURD moves this Court, for the reasons set forth in the attached Memorandum of Law, to dismiss the Counterclaim of Defendants/Third-Party Plaintiffs ARKADY SIROTOVSKY, NATALIA SIROTOVSKY, MYKHAILO FITIAK, LARISSA FITIAK, ADOLF GAVRILOV, and LYUDMILA ANDRIANOVA, pursuant to the Federal Rule of Civil Procedure 12(b)(6); or, alternatively, to direct Plaintiffs to file a More Definite Statement pursuant to the Federal Rule of Civil Procedure 12(e).

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/ Gene Burd

                        Gene Burd, Esq.
                        MARKS & SOKOLOV, LLC
                        1835 Market Street, 28th Floor
                        Philadelphia, PA 19103
                        (215) 569-8901
                        On Behalf of Himself

Dated: <u>August 9, 2004</u>