IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER FINANCE C.D., INC. : | | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARKADY SIROTOVSKY, et.al., | : | |
| Defendants and Third-Party | : | No. O2 CV 4977 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PENN FINANCIAL GROUP, INC. et.al. | : | |
| Third-Party Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2004, upon consideration of the Motion of Third-Party Defendant GENE BURD to dismiss the Counterclaim of Defendants/Third-Party Plaintiffs ARKADY SIROTOVSKY, NATALIA SIROTOVSKY, MYKHAILO FITIAK, LARISSA FITIAK, ADOLF GAVRILOV, and LYUDMILA ANDRIANOVA, pursuant to the Federal Rule of Civil Procedure 12(b)(6); or, alternatively, to direct Plaintiffs to file a More Definite Statement pursuant to the Federal Rule of Civil Procedure 12(e), and any response thereto, and for good cause shown, it is ORDERED that the motion is GRANTED;

It is further ORDERED, that Counterclaim is dismissed as to Third-Party Defendant GENE BURD in its entirety and with prejudice.

BY THE COURT:

_____
Berle M. Schiller, J.