**CERTIFICATE OF SERVICE**

I, PAUL A. KETTUNEN, ESQUIRE, hereby certify that a true and correct copy of Defendants Response to Motion to Dismiss of Gene Burd was forwarded via U.S. First Class Mail, on September 7, 2004, to the following:

Harvey A. Sernovitz, Esquire
Law Offices of Harvey A. Sernovitz, P.C.
Lewis Tower Building
225 South 15th Street, Suite 703
Philadelphia, PA 19102

A. Charles Peruto, Esquire
Washington West Building
235 South 8th Street
Philadelphia, PA 19106

Nicholas Carl Harbist, Esquire
Blank, Rome, Comisky & McCauley, LLP
One Logan Square
Philadelphia, PA 19103

Steven Pachman, Esquire
Richard L. Scheff, Esquire
Montgomery, McCraken, Walker & Rhoads, LLP
123 S. Broad Street, 28th Floor
Philadelphia, PA 19109

Gene M. Burd, Esquire
Maria Temkin, Esquire
Marks & Sokolov, LLC
1835 Market St., 28th Floor
Philadelphia, PA 19103

    ____PAK1116_____
    PAUL A. KETTUNEN, ESQUIRE