Alexander Finance C.D. Inc v. Sirotovsky, et al
U.S. District Court, Eastern District of PA, No 02-CV-4977

## BILL OF PARTICULARS WITH EXHIBITS SHOWING CONSPIRACY OF GENE BURP, ANDREW CHAROFF AND EUGENE URITSKY

| No | DATE | DESCRIPTIONS of ALLEGATIONS |
|---|---|---|
| 1.1 | 6/08/1998 | **Burd, Charoff and Uritsky conspired to control finances of Alexander Finance C.D. Inc and Alexander Holding LLC.**<br><br>Documents: Account resolution and business account signature card with Burd, Charoff, Uritsky, |
| 1.4 | | **G. Burd, Esquire is Escrow Agent for $100,000.00.**<br><br>Escrow account of $100,000 of Alexander Finance C.D. Inc., with Gene Burd, Esquire of Marks LLC.<br><br>Documents: Bank Confirmation Documents. |
| 1.5 | 8/8/2001<br>10/12/2001<br>11/24/2001 | **A. Sirotovsky made multiple requests for Special Meeting of Board of Directors.**<br>**A. Sirotovsky made written directives disallowed any bank's transactions until the Special Meeting of the Board of Directors is granted.**<br><br>Documents: Two (2) Letters from Sirotovsky to Burd, Charoff, Uritsky and Roitshtein. |
| 1.6 | 10/24/2001 October 2001 | **A. Sirotovsky made Multiple Requests for Special Meeting of Board of Directors regarding exercising of option to repurchase interest of E. Uritsky in Alexander Finance, C.D. and Alexander Holding, LLC.**<br><br>Documents: Letters from Sirotovsky to Burd, Charoff, Uritsky. Correspondences regarding repurchase by Uritsky from Sirotovsky of 50 shares of Alexander Finance C.D. and 16 2/3 % member interest in Alexander Holding LLC |
| 1.7 | 10/18/2001<br>10/24/2001 | **Burd conspired with Charoff and Uritsky to defraud Sirotovsky. Sirotovsky's shares in Alexander Finance, C.D. and Alexander Holding, LLC., was unlawfully transferred to E. Uritsky.** |

Sirotovsky never received and was not notified of document dated 10/18/2001 until receiving discovery from G. Burd in August 2002.

Documents: Letter from Burd to Uritsky:
RE:   Confirmation Transfer of Membership of Alexander Holding LLC.
Letter from Sirotovsky to Burd, Charoff, Uritsky.

**Burd purposefully inserted wrong info in the Minutes of Special Meeting of the Board of Directors at November 7,2001.**

*l.i*

9/7/2004 1/8 List of Points against G.Burd

| | | |
|---|---|---|
| | 11/07/2001 11/09/2001 12/01/2001 | Documents: Special Meeting Members and officers of Alexander Holding LLC<br>DOC:   Minutes of Meeting at Nov.7, 2001 prepared by Gene Burd.<br><br>Letters from Sirotovsky to Burd.<br>RE: Short Objections Minutes of Special Meeting of Board of Directors at November 7, 2001 prepared by G. Burd, constituting Burd's lies and fraud.<br><br>Letter from Sirotovsky to Burd.<br>RE:   Sirotovsky's objections to the Minutes of the Special Meeting at November 7, 2001 prepared by Burd and explanation of the real situation at that Meeting. |
| 1.9 | 11/10/2001 | Attempted Murder and Aggravated Assault by Andrew Charoff to Arkady Sirotovsky at the Office Building of Alexander Holding<br><br>DOC:   Reports from Frankford Torresdale Hospital<br>- Report from Criminal Court<br>- Photo picture of A. Sirotovsky's traumas after assault by Charoff<br><br>NOTE: **During the time of assault by Charoff, G. Burd and E. Uritsky were in the office of Alexander Finance C.D. Inc. G. Burd did not attempt to offer any assistance or first aid to A. Sirotovsky in connection to the attempted murder or injury.**<br>**- Aleksey Zdorovets, maintenance worker is an eye witness**<br>**- Charoff was hidden from police from Nov, 10 till Nov. 20,2001** |
| 1.10 | 11/13/2001 | **Burd, Charoff and Uritsky were involved in a conspiracy through preparation of false and backdated Unanimous Consent and Minutes of the Meeting. Sirotovsky was never invited or notified of this Meeting and did not receive this document until receiving discovery documents from G. Burd on August 2002.**<br><br>Documents:   Minutes of Special Meeting of Board of Directors of Alexander Finance C.D. Inc.<br>RE: Transfer of 50 shares from Sirotovsky to Uritsky effective as of October 15, 2001, removed position termination of Sirotovsky's job with Unanimous Consent. |
| 1.13 | 11/14/2001 11/16/2001 | **Secret Letters from Charoff and Uritsky to G. Burd directing immediately closing the escrow account and transfering $100,000 to Alexander Finance C.D. without authority of Sirotovsky.**<br><br>Note: Sirotovsky was never notified and never received these document until receiving discovery documents from G. Burd at August 2002<br><br>Documents: Letter from Sirotovsky to Burd<br><br>RE: Sirotovsky's Ordering - Not to release $100,000 from Burd's Escrow <u>Account</u> |

<u>until final resolution of the matter in a Board Meeting, also reminding</u>

Burd of the connection between the $100,000 and the Attempted Murder by Charoff to Sirotovsky on November 10, 2001.

| | | |
|---|---|---|
| 1.14 | | **Transactions made by Burd, Charoff and Uritsky in connection with the conspiracy made immediately after the Assault on November 10, 2001 for personal matters, implement for convert company's fund.** |
| | 1/16/2001 | Documents: Selected Bank Statements and Checks of New Account # 2000003119637 of Alexander Finance C.D. Inc: |
| | | $100,000 from Marks& Sokolov - Return Escrow funds with Burd $15,000 to Marks & Sokolov (for G.Burd, retainer) $10,000 to Charles Peruto (criminal lawyer for Charoff) $ 5,000 - cash for Charoff $ 1,700 - AMEX Card (personal expense Charoff and Uritsky) |
| | 1/29/2001 | Documents: Selected Bank Statements and Checks of New Account # 2000003119640 of Alexander Holding LLC: $12,945 to Karagodsky & Associates, Inc. |
| 1.16 | | **G. Burd sent to Sirotovsky incomplete Corporate Book excluding many important documents, such as, secret Minutes of the Meeting and secret letter to Charoff and Uritsky.** |
| | 11/14/2001 | Documents: Letter from Burd to Sirotovsky with enclosed copies of Corporate Books of: Alexander Finance C.D, Inc., Alexander Holding LLC, Commerce Way, Inc, as of November 11, 2001 and received by Sitorovsky on November 29,2001: |
| 1.17 | | **Conspiracy between Burd, Charoff and Uritsky in defrauding Sirotovsky of ownership in Alexander Holding, LLC.** |
| | | Sirotovsky was never notified and never received a List of Members and Percentages, dated 10/17/2001, until receiving copies of Corporate Book from G. Burd on November 29, 2001. |
| | 11/14/2001 | Documents: Amended Exhibit A as October 17, 2001 of Operating Agreement of Alexander Holding LLC. RE: List of members and Percentage.     Charoff, Uritsky and Sirotovsky x 33 1/3 % members. |
| 1.19 | 11/16/2001 | **Conspiracy between Burd, Charoff and Uritsky to defraud A. Sirotovsky and his family.** |

During 3 days after assault on Sirotovsky, Charof and Uritsky, and Burd canceled Sirotovsky's medical health insurance and terminated employment in order to create more harm for Sirotovsky and Sirotovsky's family.

<u>Documents: Letter from Charoff to Sirotovsky.</u>

| | | |
|---|---|---|
| 9/7/2004 | 3/8 | List of Points against G.Burd |

|  |  |  |
|---|---|---|
|  |  | RE: Termination Sirotovsky's employment of Alexander Finance from Nov/13/2001. CERTIFIED MAIL received just 11/17/01 |
| 1.20 | 12/01/2001 | Letter from Sirotovsky to Charoff, Uritsky<br>RE: About Charoff Attempted to Sirotovsky at November 10, 2001.<br>      Sirotovsky not agree with termination employment.<br>      Charoff violate civil, criminal and corporation Laws |
| 1.21 | December 2001 | **Letters requesting from Sirotovsky to Burd.**<br>Dated: 11/13/01, 11/25/01, 12/05/01, 12/11/01, 12/14/01, 12/21/01<br><br>**RE: Sirotovsky's Multiple Unanswered Requests for full Accounting of Corporate Books and Records from G. Burd** |
| 1.25 | Sep 2001 - Nov 2001 | Julia Karagodsky - Draft preparations documents for change Income Tax 1998, 1999, 2000 years.<br>Correspondence Karagodsky with Charoff and Uritsky.<br><br>NOTE:   Julia Karagodsky, CPA made Fraudulent attempted/conspired to make changes to corporate Income Tax documents for previous years, in order to receive an income tax returns. **Julia Karagodsky attempted to engage in fraudulent accountant service & consulting, including conspiracy with Charof, Uritsky and G.Burd.** |
| 1.28 | 1999 | **Conspiracy between Burd, Charoff and Uritsky.**<br><br>G. Burd's had a right of business signature account card and right to manage the finance of Alexander Finance C.D. Inc.<br><br>Documents: Credit Suisse Bank - Zurich, Switzerland corespondence, and statements. |
| 1.48 | 2002 | Interbay Funding LLC - mortgage $1,530,000<br><br>DOC: Notices of defaults and late payments of Mortgage |
| 2.4 | 1996-2002 | Notes: **G. Burd did not notify and hide from Sirotovsky numerous notices and other info from Interbay Funding LLC, about default and notices of <u>late payments on the mortgage on the building of Alexander Holding LLC.</u> Burd, Charoff, and Uritsky engaged in conspiracy to defraud the business partners and creditors of Alexander Finance C.D. Inc.** |
| 2.7 | 1997-1999 | **Burd and Charoff were involved in a conspiracy to defraud the owners of** |

**Alexander Finance C.D. Inc., consisting of making salary payments to N. Charoff, a ghost employee.**

Burd suggested Charoff to pay salary to N. Charoff in order to collect SSI benefits in the future, effectively defrauding the INS by receiving legal residency status in the U.S.

Documents: List of payments from Alexander Finance Inc., to N. Charoff a/k/a

| | | |
|---|---|---|
| | | N. Vinogradov.<br>Canceled checks, and other documents. |
| 2.8 | 1998-2000 | **Burd, Charof and Uritsky were involved in a conspiracy to defraud the owners of Alexander Finance C.D. Inc., consisting of making salary payments to B. Vinogradov, (father in law of Andrew Charoff), a ghost employee.**<br><br>Documents: List of payments of Alexander Finance C.D.Inc<br>Selected Canceled checks, wires, Mix documents. |
| 2.9 | 6/06/1998 | **Burd and Charoff were involved in a conspiracy to defraud the owners of Alexander Finance C.D. Inc., by making payments to the INS for Z. Vinogradov (mother in law of Andrew Charoff) from the accounts of Alexander Finance C.D. Inc.**<br><br>DOC: Selected Canceled checks of Alexander Finance C.D. Inc |
| 2.10 | 1997-2000 | Charoff's - Immigration and Naturalization Expenses<br><br>DOC: Selected Canceled checks of Alexander Finance C.D. Inc.<br><br>NOTES: **Charoff and Burd engaged in conspiracy to defraud the owners of Alexander Finance C.D. Inc., by making payments to the INS for family members of Charoff.** |
| 3.1 | 6/10/1996 | Alexander Finance, Inc - **(Uritsky's privet company)**<br><br>DOC:   Bank business signature card with signature of E. Uritsky as president and Gene M. Burd, as V. P. operations.<br><br>NOTES: **Starting in 1996, Burd and Uritsky had engaged in conspiracy in connection with the company of Alexander Finance.  This was done, in part, with the intention of using A. Sirotovsky's name to increase the activity in coal and mine equipment business, as well as, increase the cash flow and credits for Alexander Finance, and later defraud these creditors, and the owners of Alexander Finance C.D. Inc.** |

| | | |
|---|---|---|
| 4.1 | 1997-2000 | **Burd's used different titles on behalf Alexander Finance C.D., Inc and Alexander Holding LLC.** |
| 4.2 | 1996-1998 | **Burd's involvement in conspiracy in connections with the use of a Second Name and use of different job title by Charoff and Uritsky at corporations with correspondences to Business Partners.**<br><br>DOC: Selected correspondences, letters of sales offers of Alexander Finance C,D. Inc |
| 4.4 | 1996-2001 | **Payments from Alexander Finance to Gene Burd in three different names,** |

such as: **Gene Burd, Gene Burd Esquire, and Meridian** USA **(private company of G. Burd) in the total of $470,000.00.**

Documents: List of payments. Selected canceled companies checks and wire transfers.

| | | |
|---|---|---|
| 4.5 | 2001-2004 | **Gene Burd, Esquire had a conflict of interest in the legal representations of companies.**<br>**Bad face for the "Lawyer's status"**<br><br>NOTES:<br>1. G. Burd had a conflict of interest, because he represented both parties: Alexander Holding LLC as landlord, and New Wave Resources as tenant of a building owned of Alexander Holding LLC.<br><br>2. G. Burd had conflict of interest in the legal representations of Alexander Finance C.D. Inc, Alexander Holding LLC in the RICO case as personal counter defendant of this case. |
| 4.6 | 1998-2000 | **RE:   In the beginning of 1998 and after, Gene Burd had a conspiracy with Uritsky and Charoff where they lied and committed fraud with business partners, vendors, and customers. Such fraud as was committed includes vendors and customers who gave on a commission basis coal, mine equipment, and other goods. Afterwards, Alexander Finance sold such things to the open market and did not return money to vendors. After that Vendors opened international court in commercial arbitration. After, Burd and others forced Vendors to take a settlement for not convient terms with minimal payments. After that Alexander Finance had a bad reputation on the international market, lost connections with business partners, and in 2000 lost the business and business activates.**<br><br>Such cases had been regarding:<br><br>**1. Glencore v. Alexander Finance CD INC**<br>RE:   On July 9, 1999, Gene Burd on behalf of Alexander Finance CD., INC. had signed the contract with Glencore AG for the supply of 15,000 Metric tons of coal. Glencore, the buyer, had made a prepayment of 90% for the purchase of coal. Alexander Finance had not supplied all quality of coal in amount of $86,627.64.<br>Glencore Claiment claims damage under contract number 028.99.27473-P and 028.99.27559-P, Interest pursuant to s.49 of the Arbitration Act 1996 and cost.<br><br>**2. On 2000, MHG the buyer, case: Nakilyat Ve Ticaret Ltd. Sti. v. Alexander** |

**Finance C.D. Inc.** pending in the United States District Court for the Eastern District of Pennsylvania, Civil Action.

<u>RE:</u>   On 1999, MHG Turkish company, had made a prepayment of 90% for