IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER FINANCE C.D., INC. : | | |
| Plaintiff, : | | CIVIL ACTION |
| : | | |
| v. : | | |
| : | | |
| ARKADY SIROTOVSKY, et.al., : | | |
| Defendants and Third-Party : | | No. 02 CV 4977 |
| Plaintiffs, : | | |
| : | | |
| v. : | | |
| : | | JURY TRIAL DEMANDED |
| PENN FINANCIAL GROUP, INC. et.al. : | | |
| Third-Party Defendants. : | | |

**THIRD-PARTY DEFENDANT GENE BURD'S MOTION FOR LEAVE
TO FILE A REPLY TO DEFENDANTS' RESPONSE TO
MOTION TO DISMISS OF GENE BURD**

Third-Party Defendant GENE BURD ("Burd") moves this Court, for the reasons set forth below, for a leave to file a reply to Third-Party Plaintiffs response styled as Defendant's Response to Motion to Dismiss of Gene Burd.

Burd respectfully requests this Court's permission to file a short reply to Third-Party Plaintiffs response to clarify and flesh out certain factual and legal issues which have been obfuscated by Third-Party Plaintiffs. Specifically, Burd would like to address the following issues:

- Complete failure of Third-Party Defendants to address legal and factual requirements for pleading of the RICO count;

- Misapplication by the Third-Party Defendants of the business judgment rule and the fiduciary duty allegations against directors and majority shareholders.

- Complete failure by the Third-Party Defendants to corroborate their claims sounding in contract, fraud, conversion, constructive trust, derivative action, and abuse of process as against Burd.

Respectfully submitted,

/s/ Gene Burd

Gene Burd, Esq.
MARKS & SOKOLOV, LLC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
(215) 569-8901
On Behalf of Himself

Dated: September 13, 2004

## CERTIFICATE OF SERVICE

      I, Gene M. Burd, hereby certify that a true and correct copy of the Third-Party Defendant Gene Burd's Motion For Leave To File A Reply To Defendants' Response To Motion To Dismiss Of Gene Burd, along with the Proposed Order was served on September 13, 2004, via first class mail as follows:

| | |
|---|---|
| A. Charles Peruto, Esq.<br>Washington West Building<br>235 South 8th Street<br>Philadelphia, PA 19106 | Richard L. Scheff, Esq.<br>Montgomery, McCracken, Walker & Rhoads<br>123 South Broad Steet<br>Philadelphia, PA 19109 |
| Dante Mattioni, Esq.<br>Paul Kettunen, Esq.<br>Mattioni, Ltd.<br>399 Market Street, 2nd Floor<br>Philadelphia, PA 19106 | Harvey A. Sernovitz, Esq.<br>Two Penn Center Plaza, Suite 910<br>1500 John F. Kennedy Blvd.<br>Philadelphia, PA 19102 |

                                                **Marks & Sokolov, LLC**

                        By: _____
                                     Gene M. Burd

Date: <u>September 13, 2004</u>