IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER FINANCE C.D., INC. : | | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARKADY SIROTOVSKY, et.al., | : | |
|     Defendants and Third-Party | : | No. 02 CV 4977 |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PENN FINANCIAL GROUP, INC. et.al. | : | |
|     Third-Party Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2004, upon consideration of the Third-Party Defendant Gene Burd's Motion For Leave To File A Reply To Defendants' Response To Motion To Dismiss Of Gene Burd, and any response thereto, and for good cause shown, it is ORDERED that the motion is GRANTED;

BY THE COURT:

_____
Berle M. Schiller, J.