IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER FINANCE C.D., INC. | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARKADY SIROTOVSKY, et.al., | : | |
|     Defendants and Third-Party Plaintiffs, | : | No. 02 CV 4977 |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PENN FINANCIAL GROUP, INC. et.al. | : | |
|     Third-Party Defendants. | : | |

**THIRD-PARTY DEFENDANT GENE BURD'S MOTION TO STRIKE THIRD-PARTY PLAINTIFFS' BILL OF PARTICULARS**

Third-Party Defendant Gene Burd moves this Court, for the reasons set forth in the attached Memorandum of Law, to strike the Bill of Particulars of Defendants/Third-Party Plaintiffs Arkady Sirotovsky, Natalia Sirotovsky, Mykhailo Fitiak, Larissa Fitiak, Adolf Gavrilov, and Lyudmila Andrianova.

Respectfully submitted,

/s/ Gene Burd

Gene Burd, Esq.
MARKS & SOKOLOV, LLC
1835 Market Street, 28th Floor
Philadelphia, PA 19103
(215) 569-8901
On Behalf of Himself

Dated: September 14, 2004