IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER FINANCE C.D., INC. : | | |
|     Plaintiff, : | | CIVIL ACTION |
| : | | |
| v. : | | |
| : | | |
| ARKADY SIROTOVSKY, et.al., : | | |
|     Defendants and Third-Party : | | No. 02-CV-4977 |
|     Plaintiffs, : | | |
| : | | |
| v. : | | |
| : | | |
| PENN FINANCIAL GROUP, INC. et.al. : | | |
|     Third-Party Defendants. : | | |

**THIRD-PARTY DEFENDANT GENE BURD'S MOTION FOR LEAVE
TO FILE A REPLY TO THIRD-PARTY PLAINTIFFS' OPPOSITION TO GENE
BURD'S MOTION TO STRIKE IMPERMISSIBLE BILL OF PARTICULARS**

Grasping at straws, Third-Party Plaintiffs are desperately trying to save their baseless complaint against Third-Party Defendant Gene Burd. In their latest writing filed with the Court on September 17th, disguised as the response to Burd's motion to strike the improperly filed Bills of Particulars, Third-Party Plaintiffs are asking the Court to amend their Complaint. Not only was this request never raised by Third-Party Plaintiffs before and, as such, is not permissible by way of a response, but it is plainly contrary to the rules of this Court.

2

Accordingly, Burd respectfully requests this Court's leave to file a brief reply to the Third-Party Plaintiffs' response to address the above issues.

>Respectfully submitted,
>
>/s/ Gene Burd
>
>Gene Burd, Esq.
>MARKS & SOKOLOV, LLC
>1835 Market Street, 28th Floor
>Philadelphia, PA 19103
>(215) 569-8901
>On Behalf of Himself

Dated: September 20, 2004