## CERTIFICATE OF SERVICE

      I, Gene M. Burd, hereby certify that a true and correct copy of the Third-Party Defendant Gene Burd's Motion For Leave To File A Reply To Third-Party Plaintiffs' Opposition To Gene Burd's Motion To Strike Impermissible Bill Of Particulars, along with the Proposed Order was served on September 20, 2004, via first class mail as follows:

A. Charles Peruto, Esq.
Washington West Building
235 South 8th Street
Philadelphia, PA 19106

Dante Mattioni, Esq.
Paul Kettunen, Esq.
Mattioni, Ltd.
399 Market Street, 2nd Floor
Philadelphia, PA 19106

Richard L. Scheff, Esq.
Montgomery, McCracken, Walker & Rhoads
123 South Broad Steet
Philadelphia, PA 19109

Harvey A. Sernovitz, Esq.
Two Penn Center Plaza, Suite 910
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102

                                                Marks & Sokolov, LLC

                                By: _/s/ Gene M. Burd_____
                                        Gene M. Burd

Date:  September 20, 2004