IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER FINANCE C.D., INC. | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARKADY SIROTOVSKY, et.al., | : | |
| Defendants and Third-Party | : | No. 02 CV 4977 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENN FINANCIAL GROUP, INC. et.al. | : | |
| Third-Party Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2004, upon

consideration of the Third-Party Defendant Gene Burd's Motion For Leave To File A

Reply To Third-Party Plaintiffs' Opposition To Gene Burd's Motion To Strike

Impermissible Bill Of Particulars, and any response thereto, and for good cause shown, it

is ORDERED that the motion is GRANTED;

BY THE COURT:

_____
Berle M. Schiller, J.