IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANADER FINANCE C.D. INC. | : | CIVIL ACTION |
| v. | : | |
| ARKADI NISENZON, et al. | : | |
| v. | : | |
| ARKADY SIROTOVSKY, et al. | : | |
| v. | : | |
| COMMERCE WAYS | : | |
| v. | : | |
| PENN FINANCIAL GROUP, INC., et al. | : | NO. 02-4977 |

## ORDER

AND NOW, this 5th day of October, 2004, a settlement conference has been scheduled before the undersigned on Wednesday, October 20, 2004, at 5:00 p.m., in Room 5614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

The senior attorney in charge of the matter for each of the parties, AND THE PARTIES THEMSELVES (or, if a corporation, an official of the corporation with settlement authority), are REQUIRED to attend the conference in person. The parties and counsel must be prepared to discuss settlement or other disposition of the matter.

Counsel are directed to fax confidential position papers directly to Chambers (fax number 267-299-5073) no later than two business days prior to the date of the conference. The position paper should address the party's settlement position, as well as any other issue that counsel believes will be of assistance to the Court in helping the parties resolve this matter. THIS DOCUMENT IS NOT TO BE SHARED WITH OPPOSING COUNSEL NOR FILED OF RECORD.

BY THE COURT:

**Berle M. Schiller, J.**